# Third District Court of Appeal

## State of Florida

Opinion filed August 10, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1285
Lower Tribunal No. 12-1450 CC
_____

**United Automobile Insurance Company,**
Appellant,

vs.

**Central Therapy Center, Inc.,
a/a/o Facundo Sanz,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Lawrence D. King, Judge.

Michael J. Neimand, for appellant.

David B. Pakula, P.A., and David B. Pakula (Pembroke Pines); Corredor & Husseini, P.A., and Maria E. Corredor, for appellee.

Before SCALES, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed.  See United Auto. Ins. Co. v. Cent. Therapy Ctr., Inc., 3D21-950, 2022 WL 2444687, at *3 (Fla. 3d DCA July 6, 2022).